A98A1756. CLEGG v. THE STATE.
(511 SE2d 544)

MCMURRAY, Presiding Judge.

Defendant appeals his conviction for driving under the influence of alcohol and failure to maintain lane. *Held*:

Defendant was not denied due process under State or federal law based on the arresting officer's refusal to allow him to have an independent blood test. Defendant forfeited his right to such independent testing by refusing the arresting officer's request to submit to a state-administered breath test after being advised under OCGA § 40-5-67.1. *Allen v. State*, 229 Ga. App. 435, 438 (2) (a), (b) (494 SE2d 229). The trial court did not err in denying defendant's motions to dismiss and motions in limine to exclude evidence.

*Judgment affirmed. Blackburn and Eldridge, JJ., concur.*

DECIDED JANUARY 27, 1999 —

*Chestney Hawkins Law Firm, Robert W. Chestney, Tracy M. Delgado*, for appellant.

*Ralph T. Bowden, Jr., Solicitor, Joseph N. Walden III, W. Cliff Howard, Assistant Solicitors*, for appellee.